UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **JAMES WILLBANKS** | **CASE NO. 3:22-CV-03352** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **ALLSTATE VEHICLE & PROPERTY INSURANCE CO** | **MAGISTRATE JUDGE LEBLANC** |

## MEMORANDUM RULING

Before the Court is "Allstate Vehicle and Property Insurance Company's Motion to Dismiss Complaint" (Doc. 24) wherein, Defendant Allstate moves to dismiss the instant lawsuit because at the time of Plaintiff's complaints, Allstate did not issue a homeowner's insurance policy to Plaintiff, nor did any of Allstate's affiliated companies issue a homeowner's policy.

In its response, Plaintiff, through counsel informs the Court that it does not oppose Defendant's Motion to Dismiss.[1] Accordingly,

The Court will grant Allstate Vehicle and Property Insurance Company's Motion to Dismiss Complaint (Doc. 24) and dismiss this lawsuit.

**THUS DONE AND SIGNED** in Chambers on this 29th day of January, 2024.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. 27.